IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
         v.                   )       2:16cr573-MHT
                              )          (WO)
RICHARD WILLIAMSON            )
GRIFFIN, JR.                  )
```

ORDER

It is ORDERED that defendant Richard Williamson Griffin, Jr.'s motion to reduce his sentence under the First Step Act (doc. no. 41) is denied for the reasons set forth in the government's response to the motion (doc. no. 43).

DONE, this the 12th day of November, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE