IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:16cr573-MHT |
| | ) | (WO) |
| RICHARD WILLIAMSON GRIFFIN, JR. | ) ) | |

ORDER

Based on the representations and agreement of the parties made on the record in open court today, it is ORDERED that:

(1) The petition for revocation of supervised release (Doc. 47) is dismissed without prejudice.

(2) The joint motion to modify the conditions of supervision (Doc. 62) is granted.

(3) The special conditions of supervised release are modified to the extent that defendant Richard Williamson Griffin, Jr., is ordered to reside in the federal halfway house designated by the probation department for 12 months.

DONE, this the 20th day of April, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE